# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

PASCAL COLLAFARINA, on his own behalf and
others similarly situated,

      Plaintiff,

v.                                                                      CASE NO. 2:11-CV-00310-FtM-36SPC

CLADUTO RESTAURANT, INC., a Florida
corporation doing business as COTE D'AZUR
RESTAURANT, CLAUDIO SCADUTO,
individually,

      Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on October 12, 2011 (Doc. 18). In the Report and Recommendation, Judge Chappell recommends that the Court approve the parties' Joint Motion to Approve Settlement and Entry of an Order of Dismissal, filed on October 6, 2011 (Doc. 17). On October 17, 2011, Defendants Claduto Restaurant, Inc. and Claudio Scaduto (collectively, "Defendants") filed their Unopposed Objection to the Report and Recommendation (Doc. 19).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects, except the finding that "Plaintiff Pascal Collafarina has agreed to accept $4,785.00 in consideration towards Plaintiff's alleged overtime wage and liquidated damage claims." *See* Doc. 18, p. 2. In fact, both parties agree, and the Court finds, that the $4,785.00 was accepted by the

Plaintiff as consideration for Plaintiff's overtime wage, <u>minimum wage,</u> and liquidated damage claims. *See* Docs. 17, 19 (emphasis added). The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects, except as modified herein, and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement and Entry of an Order of Dismissal (Doc. 17) is **GRANTED**. The Settlement Agreement (Doc. 17, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 17, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD